EDWIN COLON DIAZ
REG. #24459-069
UNIT, 5752
FCI, P.O. BOX, 2000
FORT DIX, NJ 08640

MAR,18, 2010

CLERK OF THE COURT
U.S. DISTRICT OF P.R.
ROOM 150 HATO REY,
PUERTO RICO, 00918-1767

RE: PETITION:
Case: 05-194 (DRD)

Respetuosamente a la Honorable Corte:

Este presente es sobre el Abogado que la Corte me va asignar o proveer, para la ayuda de Redactar la Mocion Apropiada sobre el Dinero y Prendas, la cual hasta ahora no He tenido escrito del Abogado, que la Corte me Asignor.

Su Cooperacion en asistirme es agrdecida.

Gracias por su atencion:

*Edwin Colon Diaz*
EDWIN COLON DIAZ

EDWIN COLON DIAZ
#24459-069 UNIT 5752
FCI, P.O, BOX, 2000
FORT DIX, NJ 08640



CLERK OF THE COURT
U.S. DISTRICT OF P.R.
ROOM 150 HATO REY,
PUERTO RICO, 00918-1767

00918X1767